JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANY SANTIAGO ENRIQUEZ, <br><br> Petitioner, <br><br> v. <br><br> C. KOENIG, <br><br> Respondent. | Case No. CV 19-3033 PA (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 28, 2020

_____
PERCY ANDERSON
United States District Judge